David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorney for Plaintiff, LASHAUN CAMPBELL*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| LASHAUN CAMPBELL,<br><br>    Plaintiff,<br><br>v.<br><br>AMERICAN INTERCONTINENTAL UNIVERSITY, INC. D/B/A AIU ONLINE,<br><br>    Defendants. | Case No. 2:16-cv-01750-RFB-VCF<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE** |

Plaintiff LASHAUN CAMPBELL and AMERICAN INTERCONTINENTAL UNIVERSITY, INC. hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice

…

…

…

…

…

…

Page **1** of **2**

in accordance with Fed. R. Civ. P. 41 (a)(2) as to **AMERICAN INTERCONTINENTAL UNIVERSITY, INC.**. Each party shall bear its own attorney's fees, prejudgment interest, and costs of suit.

Dated: November 11, 2016

| By: | By: |
|---|---|
| /s/David H. Krieger, Esq. <br> David H. Krieger, Esq. <br> Nevada Bar No. 9086 <br> HAINES & KRIEGER, LLC <br> 8985 S. Eastern Avenue <br> Suite 350 <br> Henderson, Nevada 89123 <br><br> *Attorney for Plaintiff* | /s/ Terance A. Gonsalves <br> Terance A. Gonsalves <br> Katten Muchin Rosenman LLP <br> 525 West Monroe Street <br> Chicago, IL 60661 <br><br> *Attorney for Defendant* <br> *AMERICAN INTERCONTINENTAL* <br> *UNIVERSITY, INC.* |

### ORDER

IT IS SO ORDERED

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE
DATED: November 29, 2016